**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Shawn A. JOLLIVETTE, also known
as Shon Alik Jolivette, Defendant–
Appellant.**

**No. 11–30816
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 30, 2012.

Camille Ann Domingue, Assistant U.S. Attorney, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Prentice Lang White, Esq., P.L. White Law Firm, Baton Rouge, LA, for Defendant–Appellant.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Shawn A. Jollivette has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Jollivette has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

